**No. 54071.**—The Joseph Garneau Co., Inc. *v.* United States, protests 101551–K, etc. (New York).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 54072.**—Schenley Import Corp. *v.* United States, protests 125827–K, etc. (New York).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 54073.**—Schenley Distilleries, Inc. *v.* United States, protest 132804–K (Indianapolis).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 1, 1950

**No. 54074.**—M. S. Cowen Co. *v.* United States, protest 37040–K (Los Angeles).

Opinion by OLIVER, C. J.   It was stipulated that certain items of the merchandise are similar in all material respects to the articles the subject of *Rolls Razor, Inc.* v. *United States* (6 Cust. Ct. 271, C. D. 480), Abstract 51306, and Abstract 51893.   The claim at 20 percent under paragraph 1558 was therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 1, 1950

**No. 54075.**—Engis Equipment Co., Inc. *v.* United States, protests 116900–K/309, etc. (Chicago).

Opinion by LAWRENCE, J.   The protests were dismissed.